## HEUCK et v HAEFNER et

Ohio Appeals, 1st Dist, Hamilton Co

Decided Jan 21, 1935

Louis J. Schneider, Prosecuting Attorney, Cincinnati, Walter M. Locke, Cincinnati, John W. Bricker, Attorney General, Columbus, William J. Ford, Columbus, and Thomas C. Lavery, Cincinnati, for plaintiffs in error.

George Dornette, Cincinnati, Jos. L. Lackner, Cincinnati, and Jos. L. Head, Cincinnati, for defendants in error.

·For full opinion see 4 OO 502; 51 Oh Ap 74.